**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| KIM GARDENIER, a single man,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>2222 INDIAN SCHOOL LLC, an Arizona corporation; JOHN RAHMAN and JANE DOE RAHMAN 1, husband and wife; and AKHTAR RAHMAN and JANE DOE RAHMAN 2, husband and wife,<br><br>　　　　　　Defendants. | Case No.: CV-13-02223-PHX-MHB<br><br>**ORDER** |

Based on Stipulation of all parties (Doc. 29) and good cause appearing,

IT IS SO ORDERED this case is dismissed with prejudice, each party to bear their own fees and costs.

Dated this 26th day of August, 2014.

_/s/ Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge